

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2018

No. 04-18-00048-CR

Jerry Louis **ZULAICA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CR-10438
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

The original due date for appellant's brief was May 11, 2018. On May 15, 2018, appellant filed a motion for extension of time to file his brief, requesting a thirty-one day extension. We granted appellant's request, and the new due date for appellant's brief was June 11, 2018. On June 14, 2018, appellant filed a second request for an extension of time, requesting an additional twenty-nine days to prepare his brief. We again granted appellant's request, and the brief was due July 10, 2018. Appellant has now filed a third request for a thirty day extension of time to file his appellant's brief. In his motion, appellant provides a list of other matters he has had to handle, which has prevented him from completing the brief.

After consideration, we **GRANT** appellant's request for an extension of time to file his brief and **ORDER** appellant to file his brief in this court **on or before August 9, 2018**. Appellant is advised that no further extensions of time to file his brief will be granted absent written proof of extraordinary circumstances. Appellant is further advised that counsel's heavy case load or demanding work schedule is not an extraordinary circumstance.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2018.



Keith E. Hottle
Clerk of Court